02-10-156 & 168-CV

















 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-10-00156-CV 

 


 
 
 City of Haltom City, Texas
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Texas Midstream Gas Services, LLC
 
 
  
 
 
 APPELLEE 
 
 


 

------------

 

FROM County Court at Law No. 1 OF Tarrant
COUNTY

------------


AND



NO. 02-10-00168-CV 

 


 
 
 City of Haltom City, Texas
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Texas Midstream Gas Services, LLC
 
 
  
 
 
 APPELLEE 
 
 


 

------------

 

FROM County Court at Law No. 3 OF Tarrant
COUNTY

------------

MEMORANDUM OPINION[1] AND
JUDGMENT

----------

We
have considered appellant=s unopposed AMotion
To Dismiss Consolidated Appeals.@  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the appeals.  See Tex. R. App. P. 42.1(a)(1),
43.2(f).

Costs
of the appeals shall be paid by the party incurring them, for which let
execution issue.  See Tex. R. App.
P. 42.1(d).

 

 

PER
CURIAM

PANEL: 
WALKER, MCCOY, and MEIER, JJ.  

 

DELIVERED: 
September 23, 2010











[1]See Tex. R. App. P. 47.4.